IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

RE: §
§ CASE NO. 02-43091
PATRICK MICHAEL O'DONNELL and §
STEPHANIE DOREEN O'CONNELL § CHAPTER 7
§
DEBTOR. §

## ORDER

The Application for Payment of Dividend from Unclaimed Funds in the Amount of $556.46 filed by Denton ISD, (Document No. 45), came before the Court, pursuant to regular scheduled hearing on November 2, 2010, and for reasons stated into the record, said application was DENIED.

Signed on 11/02/2010

*Brenda T. Rhoades* SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE